JAMES NOWLIN ET AL *v.* STATE OF ARKANSAS

5747                                                484 S.W. 2d 339

Opinion delivered September 11, 1972

*Harold L. Hall,* for appellants.

*Ray Thornton,* Atty. Gen., by: *James A. Neal,* Asst. Atty. Gen., for appellee.

CONLEY BYRD, Justice. Appellants James Nowlin, Bruce Nowlin and Gary Nowlin were convicted of third degree rape for having sexual intercourse with a girl under 16 years of age upon the uncorroborated testimony of the prosecuting witness. They contend that such uncorroborated testimony is insufficient to sustain a conviction. We have held to the contrary in numerous cases. See *Ragsdale* v. *State,* 132 Ark. 210, 200 S.W. 802 (1918); *Rogers* v. *State,* 237 Ark. 437, 373 S.W. 2d 705 (1963); *Skaggs* v. *State,* 234 Ark. 510, 353 S.W. 2d 3 (1961); and *Powell* v. *State,* 231 Ark. 737, 332 S.W. 2d 483 (1960).

Affirmed.